**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HYTHONYO PILLOW**                                                                         **PLAINTIFF**

**v.**                                          **Case No. 4:20-cv-00302-KGB-BD**

**MUNYAN, Nurse,**
**Faulkner County Detention Center Unit #1,** *et al.*                           **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 14). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 14). The Court dismisses plaintiff Hythonyo Pillow's claims for inadequate medical care, failure to investigate, and failure to take corrective action. The Court also dismisses Mr. Pillow's claims against defendants Munyan, Page, Humphrey, Vaulkmen, Needly, and Benje without prejudice. Mr. Pillow may proceed with his claims against defendants Burgess and Pfeifer.

It is so ordered this 16th day of February, 2021.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge