## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**HYTHONYO PILLOW**                                                    **PLAINTIFF**
**ADC #1353002**

**V.**                              **NO. 4:20-cv-00302-KGB-ERE**

**MUNYAN, *et al.***                                                    **DEFENDANTS**

## ORDER

On August 29, 2022, the Court granted summary judgment in favor of Defendant Burgess.[1] *Doc. 52*. Mr. Pillow's excessive force claim against Defendant Pfeifer in his individual capacity remains for trial.[2]

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, Erin Cassinelli, Lassiter & Cassinelli, 300 South Spring Street, Suite 300, Little Rock, Arkansas 72201, 501-370-9300 is hereby appointed to represent Mr. Pillow.

2.      The Clerk of Court is directed to send Ms. Cassinelli a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff at

---

[1] The Court previously dismissed Mr. Pillow's claims against Defendants Munyan, Page, Humphrey, Vaulkmen, Needly, and Benje. *Doc. 18*.

[2] Both parties have requested a jury trial in this matter. *Docs. 2, 15*.

501-604-5200, and an electronic copy of the file, or any portion of the file, will be provided free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days of the date of this order, if there is cause to withdraw; otherwise, the appointment will be effective.

3.      This lawsuit is ready to be set for a jury trial on the docket of Judge Kristine G. Baker. The undersigned will continue to consider all motions until two weeks prior to trial, or thereafter as requested by Judge Baker.

Dated this 30th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE