IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HYTHONYO PILLOW**                                                                                                    **PLAINTIFF**

v.                                    Case No. 4:20-cv-00302-KGB

**MUNYAN, Nurse,**
**Faulkner County Detention Center Unit #1,** *et al.*                                           **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to dismiss due to settlement (Dkt. No. 58). In the joint motion, the parties state that they have reached a compromised settlement of all claims which calls for the Court to dismiss this case with prejudice pursuant to the terms of their settlement agreement (*Id*., ¶ 1). For good cause shown, the Court grants the parties' joint motion to dismiss due to settlement and dismisses the case with prejudice (Dkt. No. 58). The Clerk is instructed to close the case.

It is so ordered this 29th day of September, 2023.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge